UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN J. WOLK,

    Plaintiff,

-vs-                                        Case No. 6:05-cv-1722-Orl-18KRS

SEMINOLE COUNTY, FLORIDA,
DONALD F. ESLINGER,
SARA L. KLEIN,
RICHARD DICKENS,
CHARLES K. HILTON,

    Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Objection to Costs (Doc. No. 101). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANTS** in part and **DENIES** in part the Objection to Costs (Doc. No. 101). The Bill of Costs taxed is **VACATED** by the Clerk of Court (Doc. No. 100), and **ORDERS** Plaintiff to pay Defendants costs in the total amount of $959.83. Clerk of the Court is directed to enter a judgment consistent with the Court's Order.

It is **SO ORDERED** in Orlando, Florida, this ___18___ day of July, 2012.

                                                G. KENDALL SHARP
                                                Senior United States District Judge

Copies to:

Counsel of Record